US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 3/29/12

TIME SPENT: _____

DOCKET NO. 11 CV 3477, 12 CV 372 _____

CASE: Flushing v Travelers, Eurohypo v Travelers

____ INITIAL CONFERENCE          ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE        ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE       ____ TELEPHONE CONFERENCE
____ MOTION HEARING              ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

____ COMPLETED                   ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____
               _____

FOR DEFENDANT: _____
               _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS:**

Eurohypo case - Mandatory disclosures by 4/13
Parties in Flushing case to provide Eurohypo w/ docs. and interrogs previously exchanged by 4/13
Parties in Eurohypo case to exchange discovery requests by 4/30; responses 5/31
Pls in Flushing case to consider whether to request pre-motion conference - if so, letters to be submitted in accordance with District Judge's rules
Defendant not precluded from filing interpleader at a later date →

Parties in Flushing case to meet and confer on discovery issues and submit letters of any remaining disputes

Eurohypo lawyers to sign protective order

Conference  6/6 at 11:30