# LAZARE POTTER & GIACOVAS LLP

Attorneys at Law
950 Third Avenue • New York, New York 10022
Telephone (212) 758-9300 • Facsimile (212) 888-0919
www.lpgllp.com

| | |
|---|---|
| WRITER'S EMAIL | WRITER'S DIRECT DIAL |
| rgill@lpgllp.com | (212) 784-2413 |

April 16, 2013

Via ECF
Honorable Judge Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
Brooklyn, New York 11201

    Re:    *C.E. Flushing, LLC v. Travelers Property Casualty Company of America*
              11 CV 3477 (SLT) (CLP)

Dear Judge Pollak:

    This firm represents Defendant Travelers Property Casualty Company of America ("Travelers") in the above-referenced matter. We write, on behalf of the parties, pursuant to the Court's March 11, 2013 Order directing the parties to submit a status report concerning ongoing settlement discussions. While discussions remain open and progress has been made, the parties have not yet reached a final settlement. The parties are diligently continuing these discussions and working towards a final resolution, but require additional time to finalize the remaining issues and to prepare a mutually agreeable settlement agreement.

    We thank the Court for its consideration.

Respectfully submitted,

Rippi Gill

cc:    *Via ECF*
       K&L Gates LLP
       One Newark Center, Tenth Floor
       Newark, New Jersey 07102-5282
         *Attorneys for Plaintiff*

*[Handwritten:]* Parties are to report in 30 days or 5/17.

So Ordered

/s/ Cheryl L. Pollak
USMJ
4/18/13