UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---
C.E. FLUSHING, LLC,

                         Plaintiff,

      - against -

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

                        Defendant.
---

11 CV 3477 (SLT)(CLP)

**NOTICE OF CHANGE OF ADDRESS**

ECF CASE

      **PLEASE TAKE NOTICE** that Lazare Potter & Giacovas LLP, counsel for Defendant Travelers Property Casualty Company of America, has relocated its office to the address below, with the same phone numbers and email addresses.

Dated: New York, New York
           May 8, 2013

                                        LAZARE POTTER & GIACOVAS LLP

                                        By: _____
                                               Stephen M. Lazare (SL-2243)
                                               Andrew M. Premisler (AP-0811)
                                               Rippi Gill (RG-5338)
                                        875 Third Avenue, 28th Floor
                                        New York, New York  10022
                                        (212) 758-9300
                                        rgill@lpgllp.com
                                        *Attorneys for Defendant Travelers Property*
                                        *Casualty Company of America*

TO:  K&L Gates LLP
        One Newark Center, Tenth Floor
        Newark, New Jersey 07102-5282
        *Attorneys for Plaintiff*
        (Via ECF)