UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

C.E. FLUSHING, LLC,

                              Plaintiff,

- against -

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

                              Defendant.

11 CV 3477 (SLT)(CLP)

**NOTICE OF CHANGE OF ADDRESS**

ECF CASE

**PLEASE TAKE NOTICE** that Lazare Potter & Giacovas LLP, counsel for Defendant Travelers Property Casualty Company of America, has relocated its office to the address below, with the same phone numbers and email addresses.

Dated: New York, New York
         May 9, 2013

                          LAZARE POTTER & GIACOVAS LLP

                          By:   s/Stephen M. Lazare
                                Stephen M. Lazare (SL-2243)
                                Andrew M. Premisler (AP-0811)
                                Rippi Gill (RG-5338)
                          875 Third Avenue, 28th Floor
                          New York, New York 10022
                          (212) 758-9300
                          slazare@lpgllp.com
                          *Attorneys for Defendant Travelers Property Casualty Company of America*

TO:   K&L Gates LLP
       One Newark Center, Tenth Floor
       Newark, New Jersey 07102-5282
       *Attorneys for Plaintiff*
       (Via ECF)