US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 9/4/13

                                              TIME SPENT: _____

DOCKET NO. 11 cv 3477      12 cv 372

CASE: Flushing v Travelers; Eurohypo v Travelers

____ INITIAL CONFERENCE           ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE         ____ FINAL/PRETRIAL CONFERENCE
✓    SETTLEMENT CONFERENCE        ____ TELEPHONE CONFERENCE
____ MOTION HEARING               ____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

____ COMPLETED                    ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Draft to be circulated by Fri.
Telephone conf 9/20 at 1030