US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 9/20/13

TIME SPENT: _____

DOCKET NO. 11 CV 3477, 12 CV 372

CASE: Flushing v Travelers; Eurohypo v Travelers

\_\_\_\_\_ INITIAL CONFERENCE              \_\_\_\_\_ OTHER/STATUS CONFERENCE
\_\_\_\_\_ DISCOVERY CONFERENCE            \_\_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_\_ SETTLEMENT CONFERENCE           ✓ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING                  \_\_\_\_\_ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

\_\_\_\_\_ COMPLETED          \_\_\_\_\_ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____
\_\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR _____
\_\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____          DEF. TO SERVE PL. BY: _____

RULINGS: Parties attempting to resolve issues. Conference by phone 10/9 at 9:30