US MAGISTRATE JUDGE CHERYL L. POLLAK     DATE: 10/9/13

TIME SPENT: _____

DOCKET NO. 12 CV 372, 11 CV 3477

CASE: Eurohypo v Travelers

____ INITIAL CONFERENCE           ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE         ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE        ✓ TELEPHONE CONFERENCE
____ MOTION HEARING               ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED          ____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS:**

Counsel to contact court re progress of settlement discussions by 11/1 at 4:00