US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 11/1/13

TIME SPENT: _____

DOCKET NO. 11 CV 3477, 12 CV 372

CASE: Flushing v Travelers, Eurohypo v Travelers

___ INITIAL CONFERENCE         ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE       ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE      ✓ TELEPHONE CONFERENCE
___ MOTION HEARING             ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED                  ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____          DEF. TO SERVE PL. BY: _____

**RULINGS:** Banks negotiating remaining terms. Conference 11/19 at 4:30