US MAGISTRATE JUDGE CHERYL L. POLLAK         DATE: 11/19/13

                                             TIME SPENT:_____

DOCKET NO. 12 CV 372, 11 CV 3477

CASE: Eurohypo v Travelers, Flushing v Traveler

____ INITIAL CONFERENCE                ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE              ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE             ✓ TELEPHONE CONFERENCE
____ MOTION HEARING                    ____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

____ COMPLETED                ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

_____

FOR DEFENDANT: _____

_____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____        DEF. TO SERVE PL. BY:_____

RULINGS:

Parties are to submit signed stip by 12/13 or the Court will schedule a Conference