UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

C.E. FLUSHING, LLC,   11 CV 3477 (SLT)(CLP)

           Plaintiff,   **STIPULATION OF DISMISSAL WITH PREJUDICE**

- against -

TRAVELERS PROPERTY CASUALTY COMPANY   ECF CASE
OF AMERICA,

           Defendant.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that this action is hereby dismissed with prejudice, without costs or disbursements to any party against any other.

Dated: New York, New York
November 25, 2013

K & L GATES LLP

By: _____
Anthony P. La Rocco, Esq.
Christopher A. Barbarisi, Esq.
Robert F. Pawlowski, Esq.
One Newark Center, 10th Floor
Newark, New Jersey 07102
(973) 848-4000
*Attorneys for Plaintiff*

LAZARE POTTER & GIACOVAS LLP

By: _____
Stephen M. Lazare, Esq.
Andrew M. Premisler, Esq.
Rippi Gill, Esq.
875 Third Avenue, 28th Floor
New York, New York 10022
(212) 758-9300
*Attorneys for Defendant*

SO ORDERED:

_Sandra L. Townes_
U.S.D.J.